# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>GIPSON, et al.,<br><br>        Defendants. | Case No. 1:13-cv-01820-DAD-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S STATUS REPORT AND MOTION FOR COURT ORDER, AND DIRECTING THE PARTIES TO MEET AND CONFER<br><br>(ECF No. 82)<br><br>ORDER STAYING BRIEFING ON PLAINTIFF'S MOTION FOR COURT ORDER |

Plaintiff Merrick Jose Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 8, 2017, Defendants filed a motion to compel pursuant to Federal Rule of Civil Procedure 37(a)(3)(B). (ECF No. 43.) On October 5, 2017, the Court issued an order directing the parties to meet and confer regarding the discovery dispute, and to file a joint statement following the parties' conference. The Court stayed further briefing on Defendants' motion to compel. (ECF No. 48.)

Following the parties' meet and confer and the filing of multiple status reports with no resolution of the dispute, on January 3, 2018, the Court reinstated briefing on Defendants' pending motion to compel. (ECF No. 59.) On February 7, 2018, the Court granted the motion to compel and ordered Plaintiff to serve supplemental discovery responses within thirty (30) days.

1

(ECF No. 64.)

Thereafter, Plaintiff asserted continued difficulty in accessing his property, in part due to lack of access to his law library and several transfers between institutions. Accordingly, the Court granted two more extensions of time for Plaintiff to serve his discovery responses. (ECF No. 72, 81.)

Currently before the Court is Plaintiff's status report and request for a court order directing prison officials to comply with his discovery requests, filed June 14, 2018. (ECF No. 82.) Plaintiff argues that despite repeated requests, he has been unable to access his legal property or medical records in order to provide his supplemental discovery responses. (Id.)

Upon review of the motion referenced above, and in light of the lengthy nature of this dispute, the Court finds it appropriate to require the parties to engage in a meet and confer conference regarding Plaintiff's continued difficulty in accessing his legal property and medical file. Defense counsel is directed to contact Plaintiff by telephone, or to set-up an in-person meeting, regarding the parties' discovery dispute within **twenty-one (21) days** of the date of this order. <u>Briefing on the motion is stayed during the meet and confer process, and Defendants are relieved of their obligation to respond to the motion until further order of the court.</u>

Within **seven (7) days** of the parties' conference, defense counsel shall file a Joint Statement regarding the meet and confer conference. All parties shall participate in the preparation of the Joint Statement, and must sign the Joint Statement. Electronic signatures are acceptable; a wet signature is not required.

The Joint Statement shall set forth the following:

(a) a statement that the parties met and conferred in good faith regarding the dispute, by phone or in-person, including the date(s) of the conference(s);

(b) a statement explaining whether the motion was resolved in full or in part through the meet and confer process; and

(c) if any issues from the motion remain unresolved, a statement referring the court to each specific request or portion of Plaintiff's property that is still at issue.

///

2

Upon review of the Joint Statement, the court shall issue a further order regarding the motion. No additional filings may be made regarding the motion unless and until ordered by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties are ordered to meet and confer regarding Plaintiff's motion for a court order, (ECF No. 82), as outlined above;

2. Defendants are relieved of their obligation to respond to the motion until further order of the court;

3. Within **thirty (30) days** of the date of service of this order, a Joint Statement shall be filed in this matter as outlined above; and

4. **The parties are warned that the failure to meet and confer in good faith as set forth in this order, or to comply with any of its terms, will result in the imposition of sanctions**.

IT IS SO ORDERED.

Dated: **June 20, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE