# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE, | Case No. 1:13-cv-01820-BAM (PC) |
| Plaintiff, | ORDER VACATING DEADLINES FOR MEET AND CONFER AND JOINT STATEMENT FROM PARTIES |
| v. | |
| GIPSON, et al., | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| Defendants. | |
| | **Date: July 25, 2018**<br>**Time: 10:00 a.m.** |

Plaintiff Merrick Jose Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's Eighth Amendment claims for excessive force against Defendants Meier, Casas, Childress, and Adams, and for failure to intervene against Defendants Ford and Thornburg.

Currently pending before the Court is Plaintiff's request for a court order directing prison officials to comply with his discovery requests, filed June 14, 2018.  (ECF No. 82.)  This motion is the most recent filing relating to a lengthy and ongoing discovery dispute between the parties. In brief, Defendants contend that Plaintiff has failed to serve supplemental discovery responses, despite the Court's order granting their motion to compel.  Plaintiff, in turn, contends that he cannot provide supplemental discovery responses because of multiple transfers between institutions, thus depriving him of access to his legal property.

On June 20, 2018, the Court directed the parties to meet and confer regarding the ongoing discovery dispute, and to file a joint statement following the meet and confer.  (ECF No. 83.)  On July 2, 2018, in response to the Court's order, Defendants filed a declaration of counsel asserting

1

that defense counsel attempted to contact Plaintiff by telephone on June 28, 2018, to discuss

Plaintiff's legal property and the status of his outstanding discovery requests.  (ECF No. 84.)

Defense counsel states that Plaintiff was extremely agitated following his recent transfer to

California State Prison – Sacramento, and his upcoming transfer to the California Health Care

Facility (CHCF).  Plaintiff stated that he did not anticipate having his legal property while housed

at CHCF, and requested a discussion in the presence of the Court.  The parties were unable to

discuss the Court's requested joint status report.  Therefore, Defendants request a telephonic

hearing before the undersigned.  (Id.)

In light of the parties' inability to resolve the issue of Plaintiff's legal property and

supplement discovery responses to Defendants, the Court finds it appropriate to set a telephonic

status conference in this case.  The parties shall be prepared to address the status and location of

Plaintiff's legal property, what efforts have been made to provide Plaintiff access to his legal

property, and what items, if any, are necessary for Plaintiff to provide supplemental discovery

responses to Defendants.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The deadlines for the parties to meet and confer and to submit a joint statement are
   VACATED; and

2. This matter is set for a telephonic status conference on **July 25, 2018, at 10:00 a.m.**
   before the undersigned.  The parties shall appear telephonically by using the following
   dial-in number and passcode at the time set for the hearing: dial-in number 1-877-411-
   9748; passcode 3190866.  Counsel for Defendants is required to arrange for Plaintiff's
   participation by contacting the litigation coordinator at the institution where Plaintiff is
   housed.

IT IS SO ORDERED.

Dated:  **July 5, 2018**                                  /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE

2