# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERRICK JOSE MOORE,** | **CASE NO.: 1:13-cv-01820-BAM (PC)** |
| **Plaintiff,** | **ORDER TO RECAPTION CASE** |
| v. | |
| **CASAS, et al.,** | |
| **Defendants.** | |

On November 8, 2016, Defendants Gipson, Cavazos, Davis, Lozano, Cribbs, Henery, Gonzalez, Southard, and Longoria were dismissed from this action. Thus, the caption should reflect that this action no longer proceeds against those parties, and now proceeds only against Defendants Casas, Meier, Ford, Childress, Adams, and Thornburg. Accordingly, the caption for this case shall be as reflected above.

IT IS SO ORDERED.

Dated: **January 7, 2019**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE