# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASAS, et al,<br><br>　　　　Defendants. | 1:13-cv-01820-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO MODIFY SECOND SCHEDULING ORDER AND TO RESET DEADLINES<br><br>(ECF No. 116)<br><br>**Deadline: March 8, 2019** |

Plaintiff Merrick Jose Moore ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment claims for excessive force against Defendants Casas, Meier, Childress, and Adams, and for failure to intervene against Defendants Ford and Thornburg. All parties have consented to the jurisdiction of a United States Magistrate Judge. (ECF Nos. 7, 74.) Pursuant to the Court's second scheduling order issued on January 4, 2019, trial is currently set to begin on May 14, 2019. (ECF No. 112.)

On February 12, 2019, Defendants filed a motion to modify the second scheduling order and to reset the remaining pre-trial deadlines. (ECF No. 116.) Specifically, Defendants state that Defendant Adams has an unavoidable conflict with the currently scheduled trial date, and request that the Court continue the trial to the next available dates of September 10 or 17, 2019. (Id.)

1

The Court finds that a response from Plaintiff would be beneficial.  Accordingly, Plaintiff shall file an opposition or statement of non-opposition to the motion, (ECF No. 116), on or before **March 8, 2019**.

IT IS SO ORDERED.

    Dated: **February 13, 2019**      /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE