# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CASAS, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-01820-BAM (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESSES BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>**SERVICE WITHIN 7 DAYS** |

　　　　Plaintiff Merrick Jose Moore ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 7, 74.) This matter is set for trial on April 29, 2019.

　　　　Plaintiff has submitted the required fees made payable to the witnesses **C. Love**, **R.N. Sabios**, and **R.N. B. Savage**, being commanded to appear at trial on April 29, 2019.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

　　　a. Three (3) completed and issued subpoenas to be served on:

　　　　**Sergeant C. Love**
　　　　**California State Prison – Corcoran**
　　　　**4001 King Avenue, Corcoran, CA 93212**

1

**Registered Nurse Sabios**
**California State Prison – Corcoran**
**4001 King Avenue, Corcoran, CA 93212**

**Registered Nurse B. Savage**
**California State Prison – Corcoran**
**4001 King Avenue, Corcoran, CA 93212**

b. Three (3) completed USM-285 forms;

c. One check in the amount of $102.64, made payable to C. Love;

d. One check in the amount of $102.64, made payable to R.N. Sabios;

e. One check in the amount of $102.64, made payable to R.N. B. Savage;

f. Four (4) copies of this order, one to accompany each subpoena, plus an extra copy for the Marshal.

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoenas and the checks in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individuals in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the returns of service, along with the costs subsequently incurred in effective service. Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: __March 27, 2019__                  /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE