UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MERRICK JOSE MOORE, | 1:13-cv-01820-BAM (PC) |
| Plaintiff, | |
| v. | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **MERRICK JOSE MOORE, CDC # H-82249**, PLAINTIFF |
| A. CASAS, | |
| Defendants. | **DATE:** April 29, 2019<br>**TIME:** 8:30 a.m. |

**MERRICK JOSE MOORE**, inmate, **CDC #H-82249**, a necessary and material witness on his own behalf in proceedings in this case on April 29, 2019, is confined at **California State Prison, Sacramento**, 100 Prison Road, Represa, CA 95671, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #8, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on April 29, 2019, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Sacramento**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 1, 2019**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

