

FILED
MAY 02 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>              Plaintiff,<br><br>v.<br><br>CASAS, et al.,<br><br>              Defendants. | Case No. 1:13-cv-01820-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **MERRICK JOSE MOORE, CDCR #H-82249**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    The jury trial in this matter commenced on April 29, 2019, and **Plaintiff Merrick Jose Moore, CDCR #H-82249**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

    IT IS SO ORDERED.

Dated: 5/2/19

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1