

FILED

MAY 01 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____EN_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CASAS, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01820-BAM (PC)<br><br>NOTICE AND ORDER THAT INMATE **JAMISE JERMAINE CALLOWAY, CDCR #P-97743,** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on April 29, 2019, and **Inmate Jamise Jermaine Calloway, CDCR #P-97743,** has testified via video teleconference and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 5/1/19

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1