

FILED
MAY 02 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____EV_____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>A. CASAS et. al.,<br><br>    Defendants. | Case No. 1:13-cv-01820-BAM (PC)<br><br>JUDGMENT IN A CIVIL ACTION |

    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in this action in favor of Defendants A. Casas, G. Meier, L. Ford, R. Childress, T.L. Adams and D. Thornburg, and against Plaintiff Merrick Jose Moore on all of plaintiff's claims, according to the special verdict returned by the jury in open Court on May 2, 2019.

    The Clerk of the Court is instructed to CLOSE THIS CASE.

Dated: May 2, 2019        MARIANNE MATHERLY, CLERK OF THE COURT

                      By: /s/ Esther Valdez
                          Esther Valdez, Deputy Clerk